**DISMISS; and Opinion Filed September 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00035-CV

**JAMES ROBERT WHITAKER, Appellant**
**V.**
**PEGGY GARRETT, JAN GARRETT, CHARLES LONG, CHRISTOPHER SCOTT MYATT, BILL HOLLAND, AND MORONEY FARMS HOMEOWNERS' ASSOCIATION, INC., Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00467-2008**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

James Robert Whitaker filed his notice of appeal on January 7, 2010. When he filed a January 27, 2010 suggestion of bankruptcy, we abated his appeal. Since that time, the Court has sent letters inquiring as to the status of the bankruptcy. On June 4, 2014, we received a copy of the "Order Discharging Chapter 7 Trustee and Closing Chapter 7 Case," dated December 6, 2011. In light of this, we reinstated the appeal and ordered appellant to file, no later than June 22, 2014, either a motion to dismiss the appeal or written verification that he intended to continue the appeal and had made arrangements with the clerk and court reporter for their respective records. We cautioned appellant that if we did not receive either a motion to dismiss or verification within the time specified, we would dismiss the appeal without further notice. To

date, appellant has not filed a motion to dismiss, provided written verification about the status of the appeal, or otherwise corresponded with the Court regarding his appeal.

Accordingly, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


100035F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JAMES R. WHITAKER, Appellant

No. 05-10-00035-CV       V.

PEGGY GARRET, JAN GARRETT,
CHARLES LONG, CHRISTOPHER
SCOTT MYATT, BILL HOLLAND, AND
MORONEY FARMS HOMEOWNERS'
ASSOCIATION, INC., Appellees

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-00467-2008.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees PEGGY GARRET, JAN GARRETT, CHARLES LONG, CHRISTOPHER SCOTT MYATT, BILL HOLLAND, AND MORONEY FARMS HOMEOWNERS' ASSOCIATION, INC. recover their costs of this appeal, if any, from appellant JAMES R. WHITAKER.

Judgment entered this 29th day of September, 2014.